# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

SEALED

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Silas Thornton King | ) | Case No. |
| | ) | 3:20-mj-00037 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

FILED
JUL 1 0 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ____Silas Thornton King____ in the county of ____Cabell____ in the
____Southern____ District of ____West Virginia____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmit in interstate commerce a communication containing a threat to injure the person of another |

This criminal complaint is based on these facts:
See attached

☑ Continued on the attached sheet.

*T.A.B*
*Complainant's signature*

S.A. Todd A. Berry
*Printed name and title*

Sworn to before me and signed by telephonic means.

Date: 07/10/2020

*[Judge's signature]*
*Judge's signature*

City and state: Huntington, West Virginia

Cheryl A. Eifert, United States Magistrate Judge
*Printed name and title*