UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2019
JULY 14, 2020 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:20-cr-00111
    18 U.S.C. § 875(c)

SILAS THORNTON KING

**I N D I C T M E N T**
(Interstate Communications Containing Threat to Injure Person)

The Grand Jury Charges:

On or about June 28, 2020, at or near Milton, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant SILAS THORNTON KING knowingly and willfully did transmit in interstate commerce an electronic communication using Snapchat, an electronic messaging application that uses interstate communication facilities, that defendant intended and knew contained a threat to injure the person of another.

In violation of Title 18, United States Code, Section 875(c).

MICHAEL B. STUART
United States Attorney

By: _____
COURTNEY L. CREMEANS
Assistant United States Attorney