# Courtroom Minute Entry

**Room:** Huntington  **Case No.:** 3:20-mj-00037  **Type:** Criminal
**Caption:** USA v. Silas Thornton King  **Judge:** Eifert

**Started:** 7/14/2020 3:01:39 PM
**Ends:** 7/14/2020 3:50:33 PM  **Length:** 00:48:55

Judge: Cheryl A. Eifert
Courtroom Deputy: Heidi K. Liebegott
Law Clerk: Caleb Elwell
AUSA: Courtney L. Cremeans
AUSA: Stephanie S. Taylor
Probation Officer: Lilla Adkins
FPD: Wesley P. Page
Defendant: Silas Thornton King

| Time | Event |
|---|---|
| 3:01:44 PM | **DETENTION HEARING** |
| 3:03:35 PM | Called case, noted appearances of counsel, defendant present in courtroom |
| 3:04:05 PM | AUSA: Courtney L. Cremeans |
| 3:04:19 PM | Proffer of counsel |
| 3:08:39 PM | Calls Witness: William Allen Parsons, Chief of Police |
| 3:09:50 PM | Witness placed under oath by Courtroom Deputy |
| 3:09:55 PM | AUSA: Courtney L. Cremeans |
| 3:09:58 PM | Direct examination of witness |
| 3:14:17 PM | FPD: Wesley P. Page |
| 3:14:18 PM | Cross examination of witness |
| 3:21:23 PM | Judge: Cheryl A. Eifert |
| 3:21:24 PM | Witness excused |
| 3:21:38 PM | AUSA: Courtney L. Cremeans |
| 3:21:48 PM | Proffer of counsel as to detention |
| 3:24:32 PM | FPD: Wesley P. Page |
| 3:24:38 PM | Proffer of counsel as to bond |
| 3:29:06 PM | Calls Witness: Betsy Marie King |
| 3:29:43 PM | Witness placed under oath by Courtroom Deputy |
| 3:29:46 PM | FPD: Wesley P. Page |
| 3:29:49 PM | Direct examination of witness |
| 3:35:36 PM | AUSA: Courtney L. Cremeans |
| 3:35:40 PM | Cross examination of witness |
| 3:37:36 PM | Judge: Cheryl A. Eifert |
| 3:37:37 PM | Witness excused |
| 3:37:44 PM | FPD: Wesley P. Page |
| 3:37:48 PM | Proffer of counsel as to bond |
| 3:39:02 PM | AUSA: Courtney L. Cremeans |
| 3:39:07 PM | Proffer of counsel as to detention |
| 3:40:37 PM | Judge: Cheryl A. Eifert |
| 3:42:37 PM | Ordered the defendant released on a $10,000 unsecured appearance bond with order setting conditions of release |
| 3:48:40 PM | If you fail to abide by the conditions of release, your bond will be revoked and you will be prosecuted on additional charges |
| 3:50:25 PM | Hearing Adjourned |