AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF WEST VIRGINIA

**FILED** JUL 14 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

United States of America

V.

Silas Thornton King

## WITNESS LIST

Case Number: 3:20-mj-00037

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Cheryl A. Eifert | Courtney L. Cremeans | Wesley P. Page |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/14/2020 | CourtSmart | Heidi K. Liebegott |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Joseph Allen Parsons, Chief of Police |
| | 1 | | | | Betsy Maire King |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages